TRULINCS 56337056 - OGUNDEJI, GLORIA ANN - Unit: ALD-A-D

FILED
OCT 06 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

FROM: 56337056
TO: Relations Society, Public
SUBJECT: Motion 3582 (c)
DATE: 10/01/2015 09:02:18 AM

> **Motion DENIED.**
>
> This the 26th day of October, 2015.
>
> /s/Louise W. Flanagan, U.S. District Judge

Dear Your Honorable Judge Flanagan,

I am writing this document in the form of a motion to present before the court with respect to a sentence modification or to amend sentence. I ask the courts to consider my recent relief and also to consider the Jason Pepper case. Your Honor this defendant came before the courts just as myself with a proven track record of changing his life such as myself. The defendant in this case while out on pre-trail reestablished his with employment, and additional training. I did the same prior to sentencing I became gainfully employed, I returned to college, started to receive substance abuse treatment, and became a case for the United Sates Probation Office under Eric Graff, and Pamela Thornton. The probation office gave random drug testing, and guided me to make some drastic changes in my life in which I did.

I received relief for the Drug Minus II law that took twelve months off of a 72 month sentence for the drug weight that I had. I ask the courts to refer back to Rule 3553 to reconsider the suggestions by Congress for the reasoning that sentences are imposed. I feel that I have met all the criteria set forth in this rule. I have also met all the recommendations by the courts. I've taken every avenue to ensure a successful re-entry back to my community. I have written to the courts prior to this to give updates with all my accomplishments. Please refer to my case file.

The unit team here at Alderson has recommended 210 days RRC placement. Although, with the recent changes the placement centers have be over whelmed. They also recommended that I receive all benefits from the Second Chance Act that request an inmate receive the maximum amount of time in RRC which is 12 months. I ask the courts to consider taken into account the certification I have obtain while being incarcerated to amend my sentence accordingly just as the Pepper Act has done with other cases. I ask the courts to modify my sentence to take off six months for the certificates I have obtained while being incarcerated.

Your Honor this additional time in my community will allow me to re-establish myself with my children who are now teenagers, and a community that only remembers the old Gloria Ogundeji. A family and community that only remembers my old actions. I have two children Darien and Tianna that felt the blunt of my life as a substance abuser. My daughter is now suffering from behavior problems, ADHD, ADD, and depression. She has tried to commit suicide last year, and she now has a juvenile record. Your Honor the same patterns I see in my daughter are those that I once had that led to life of drugs, and crime. I have learn so many new skills, and ways to cope with life without drugs. I found my independence here, and learned responsibility for my actions. My children need to be taught these same skills before it is to late, and my daughter finds her way in a Federal or State court room. The cycle for my family needs to stop, not only have me and all my siblings been in the system, now our children are headed that way.

Your Honor prior to sentencing I was under the custodial care of my parent John & Anne Westinghouse. I ask to return back to their care. During sentencing the courts gave my sentencing judge the power to sentence below my guidelines. I ask that you consider this option and allow me the opportunity to prove that a person can change. I have made alot of goals, and I am prepared to execute them.

Thank you in advance,
Gloria Ogundeji