UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Gloria Ann Ogundeji                           Docket No. 7:12-CR-33-1FL

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gloria Ann Ogundeji, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute and to Distribute More Than 28 Grams of Cocaine Base (Crack) and More Than 500 Grams of Cocaine, 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 6, 2012, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months.

    Gloria Ann Ogundeji was released from custody on September 19, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On December 28, 2016, the defendant completed a substance abuse assessment as directed by the court and substance abuse treatment was recommended. Additionally, due to sexual trauma sustained by the defendant during her adolescence, a psychiatric evaluation and mental health treatment have been recommended by the treatment provider. Therefore, it is recommended that these services be approved and that the defendant be directed to participate in mental health treatment as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton                               /s/ David W. Leake
Robert L. Thornton                                    David W. Leake
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                             2 Princess Street, Suite 308
                                                             Wilmington, NC 28401-3958
                                                             Phone: 910-679-2045
                                                             Executed On: January 09, 2017

Gloria Ann Ogundeji
Docket No. 7:12-CR-33-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___11th___ day of ___January___, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge